IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-cv-02077-RPM**

VAIL DOVER ASSOCIATES, LLC,

    Plaintiff,

v.

THE WEITZ COMPANY, LLC,

    Defendant / Third-Party Plaintiff,

v.

AMERICAN CONTRACTORS INDEMNITY COMPANY,
ENCORE ELECTRIC, INC.,
MTECH MECHANICAL TECHNOLOGIES GROUP, INC.

    Third-Party Defendants.

    and

**Civil Action No. 08-cv-02663-RPM**

THE WEITZ COMPANY, LLC,

    Plaintiff,

v.

VAIL DOVER ASSOCIATES, LLC, and
AMERICAN CONTRACTORS INDEMNITY COMPANY,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Upon consideration of Vail Dover Associates, LLC, The Weitz Company, LLC, and American Contractors Indemnity Company's Stipulated Motion for Dismissal with Prejudice [47], filed on October 2, 2009, it is

2

ORDERED that Civil Action Nos. 08-cv-02077-RPM and 08-cv-02663-RPM be dismissed, with prejudice, each party to pay its own costs and attorneys' fees.

DATED  this 6th day of October, 2009

BY THE COURT

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge